| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057<br>Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:18-mj-00045 JDP |
| | ) | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL CAROL MOSES *NUNC PRO TUNC*** |
| Plaintiff, | ) | **Date:** 10/30/18 |
| | ) | **Time:** 10:00 a.m. |
| vs. | ) | **Place:** YNP |
| | ) | **Judge:** Hon. Jeremy D. Peterson |
| BRIAN REED, | ) | |
| Defendant. | | |

Defendant, Brian Reed, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel Counsel Carol Moses. Our office has a conflict.

Mr. Reed submits the Financial Affidavit as evidence of his inability to retain counsel. Mr. Reed has been cited with:

(1) Possess a controlled substance (methamphetamine) in violation of 36 C.F.R. § 2.35(b)(2);
(2) Possess a controlled substance (marijuana) in violation of 36 C.F.R. § 2.35(b)(2);
(3) Possess a controlled substance (heroin) in violation of 36 C.F.R. § 2.35(b)(2).

Mr. Reed is scheduled to appear in court on October 30, 2018 at 10:00 a.m. before the Honorable Jeremy D. Peterson, United States Magistrate Judge, in Yosemite National Park.

Therefore, after reviewing Mr. Reed's Financial Affidavit, it is respectfully recommended that CJA Panel Counsel Carol Moses be appointed *nunc pro tunc* as of October 16, 2018 to assist him.

//

Dated: October 29, 2018  /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the court that the defendant is financially unable to retain counsel, the court hereby appoints CJA panel counsel Carol Moses *nunc pro tunc* as of October 16, 2018 pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: October 30, 2018

UNITED STATES MAGISTRATE JUDGE

-2-