1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
4  Facsimile:     (559) 513-8530

5  carol@yosemitelawyer.com

6  Attorney for Defendant, BRIAN REED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  6:18-mj-00045-JDP |
|---|---|
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF PERSONAL APPEARANCE AND FOR VIDEO CONFERENCE OF INITIAL APPEARANCE; ORDER** |
| v. | |
| BRIAN REED, | Date:    November 27, 2018 |
| Defendant. | Time:    10:00AM |
| | Judge:   Hon. Jeremy D. Peterson |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant BRIAN REED, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for his initial appearance, and be allowed to appear via video conference from United States District Court in Redding, California. Mr. Reed agrees that his interests shall be represented at all times by the presence of his attorney, Carol Moses, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  The government objects to this request.

Mr. Reed is charged with 3 counts of 36 CFR 2.35(b)(2) – Possession of a controlled substance (methamphetamine, marijuana, and heroin); 1 count of 18 USC 13 – Possession of drug

paraphernalia used for unlawfully injecting or smoking a controlled substance, 1 count of 36 CFR 4.2: CVC 4000 – Failure to provide vehicle registration, and 1 count of 36 CFR 4.2: CVC 16028- Failure to provide proof of vehicle insurance.

Mr. Reed will live with his father in Crescent City, California during the pendency of this matter. He is a homeless resident of Minnesota. He is unemployed and currently homeless, other than living with his father.

A lack of income makes traveling extremely difficult for Mr. Reed. His current temporary residence in Crescent City, California is a 1,024 mile round trip to and from Yosemite National Park. Google Maps estimates one way travel to take 9 hours and 10 minutes.

Mr. Reed respectfully requests that the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via video conference from the U.S. District Court in Redding, California, for his initial appearance.

Dated: October 31, 2018

/s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
BRIAN REED

ORDER

GOOD CAUSE APPEARING, the above request for defendant's waiver of personal appearance and request to appear via video conference at the initial appearance hearing in Case No. 6:18-mj-00045-JDP on November 27, 2018, is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: November 6, 2018

/s/ Jeremy Peterson
UNITED STATES MAGISTRATE JUDGE