**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, BRIAN REED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  6:18-mj-00045 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE THE INITIAL APPEARANCE VIA VIDEO CONFERENCE OF DEFENDANT BRIAN REED FROM JANUARY 29, 2019 TO FEBRUARY 26, 2019 AT 10:00 AM.** |
| BRIAN REED, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, BRIAN REED, his attorney of record, CAROL ANN MOSES, and the legal officer for the government SUSAN ST. VINCENT, that the Initial Appearance via video conference in the above-captioned matter currently scheduled for January 29, 2019 at 10:00 AM be continued until February 26, 2019 at 10:00 AM.

Defendant is currently unemployed and homeless, aside from living with his father in Crescent City, California during the pendency of this matter. A lack of income makes traveling extremely difficult for Mr. Reed and he is unable to get to Redding, California for his Initial Appearance via video conference on his own. Continuing the Initial Appearance would allow for

Mr. Reed to travel to Redding, California with his co-defendant who is also appearing via video conference on February 26, 2019.

Yosemite Legal Officer Susan St. Vincent does not oppose this request for a continued Initial Appearance via video conference for Mr. Reed.

Defense Counsel respectfully requests that the Court grant the Stipulation and Proposed Order to Continue the Initial Appearance via video conference to February 26, 2019 at 10:00 AM.

Dated: January 25, 2019  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
BRIAN REED

Dated: January 25, 2019  /s/ Susan St. Vincent
SUSAN ST. VINCENT
Yosemite Legal Officer

ORDER

The court, having reviewed the above request **HEREBY ORDERS AS FOLLOWS:**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the January 29, 2019 initial appearance via video conference for Brian Reed, case 6:18-mj-00045, is continued to February 26, 2019 at 10:00 AM.

IT IS SO ORDERED.

Dated: January 25, 2019  _Jeremy Peterson_
UNITED STATES MAGISTRATE JUDGE