| | |
|---|---|
| 1 | **CAROL ANN MOSES  #164193** |
| 2 | Attorney at Law |
|   | 7636 N. Ingram Ave., #104 |
| 3 | Fresno, California  93711 |
|   | Telephone:  (559) 449-9069 |
| 4 | Facsimile:   (559) 513-8530 |
| 5 | Attorney for Defendant, BRIAN REED |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  6:18-mj-00045 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE THE INITIAL APPEARANCE VIA VIDEO CONFERENCE OF DEFENDANT BRIAN REED FROM FEBRUARY 26, 2019 TO MARCH 19, 2019 AT 10:00 AM.** |
| BRIAN REED, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, BRIAN REED, his attorney of record, CAROL ANN MOSES, and the legal officer for the government SUSAN ST. VINCENT, that the Initial Appearance via video conference in the above-captioned matter currently scheduled for February 26, 2019 at 10:00 AM be continued until March 19, 2019 at 10:00 AM.

The Redding Courthouse does not have video equipment available for Mr. Reed to appear by video teleconference. Courtroom Clerk, Christy Pine, has indicated the equipment needs to be ordered by the technical department and installed. There is no estimated time when the equipment will be received nor when the technical department will have time to travel to Redding, California

to install it.

Yosemite Legal Officer Susan St. Vincent does not oppose this request for a continued Initial Appearance via video conference for Mr. Reed.

Defense Counsel respectfully requests that the Court grant the Stipulation and Proposed Order to Continue the Initial Appearance via video conference to March 19, 2019 at 10:00 AM.

Dated: February 21, 2019　　　　　　　　/s/ Carol Ann Moses
　　　　　　　　　　　　　　　　　　　　CAROL ANN MOSES
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　BRIAN REED

Dated: February 21, 2019　　　　　　　　/s/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　SUSAN ST. VINCENT
　　　　　　　　　　　　　　　　　　　　Yosemite Legal Officer

ORDER

The court, having reviewed the above request **HEREBY ORDERS AS FOLLOWS:**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the February 26, 2019 Initial Appearance via video conference for Brian Reed, case 6:18-mj-00045, is continued to March 19, 2019 at 10:00 AM.

IT IS SO ORDERED.

Dated:　　February 22, 2019　　　　　　　　　　/s/ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE