**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

carol@yosemitelawyer.com

Attorney for Defendant, BRIAN REED

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN REED,<br><br>　　　　　　Defendant. | CASE NO.  6:18-mj-00045-JDP<br><br>**MOTION FOR VIDEO CONFERENCE OF INITIAL APPEARANCE AND REQUEST FOR TRANSFER OF RULE 43; ORDER**<br><br>Date:　　April 17, 2019<br>Time:　　10:00AM<br>Judge:　　Hon. Jeremy D. Peterson |

　　　　Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant BRIAN REED, having been advised of his right to be present at all stages of proceedings, hereby requests that the previously ordered Initial Appearance by video conference at the United States District Court in Redding, California be transferred to the United States District Court in Los Angeles, California. Mr. Reed agrees that his interests shall be represented at all times by the presence of his attorney, Carol Moses, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. The government does not object to this request.

A lack of income and current state of homelessness makes traveling to Redding, California extremely difficult for Mr. Reed as he has recently used his minimal funds to relocate to Southern California. With his court date approaching quickly, his current funds inhibit him from being capable of the extensive travel required to get to Redding, California.

Mr. Reed respectfully requests that the Court grant a waiver of his right and obligation to be personally present and that he be permitted to transfer his previously ordered video conference Initial Appearance at the United States District Court in Redding, California to the United States District Court in Los Angeles, California, at 255 E. Temple Street, Los Angeles, CA 90012.

Dated: April 11, 2019 /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
BRIAN REED

## ORDER

GOOD CAUSE APPEARING, the above request for defendant's waiver of his right and obligation to be personally present and that he be permitted to transfer his previously ordered video conference Initial Appearance at the United States District Court in Redding, California to the United States District Court in Los Angeles, California, at 255 E. Temple Street, Los Angeles, CA 90012, in Case No. 6:18-mj-00045-JDP on April 17, 2019, is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: April 12, 2019

UNITED STATES MAGISTRATE JUDGE